

---

1325 Franklin Avenue, Suite 160, Garden City, NY 11530
t: 212.471.5100   f:212.471.5150
friedmanvartolo.com

January 6, 2021

Hon. Sean H. Lane
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**Re: Plinio R Retana – BK Case No.: 19-22826-shl**

Dear Judge Lane:

Our office represents SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Chalet Series IV Trust, a secured creditor of the above referenced Debtor. Please be advised that the Motion for Relief from the Automatic Stay scheduled to heard on January 20, 2021 has been settled.

An order conditionally granting relief from the automatic stay has been submitted to be entered with the Court.

Should you have any questions concerning the foregoing, please do not hesitate to contact the undersigned.

Respectfully submitted,


By: /s/Katherine Heidbrink____
Katherine Heidbrink, Esq.
FRIEDMAN VARTOLO LLP
Attorneys for Movant
Friedman Vartolo LLP
1325 Franklin Avenue, Suite 160
Garden City, New York 11530
T: (212) 471-5100
F: (212) 471-5150